```
COOLEY LLP
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
REECE TREVOR (316685)
rtrevor@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:  (415) 693-2222

REBECCA GIVNER-FORBES (pro hac vice forthcoming)
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:  (202) 842 7899

Attorneys for Plaintiff
GOOGLE LLC
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>                    Plaintiff,<br><br>       v.<br><br>ETHAN QIQI HU, an individual; GMBEYE; RAFADIGITAL LLC, a Mississippi limited liability company; and DOES 1–20,<br><br>                    Defendants. | Case No. 5:23-cv-2964<br><br>**NOTICE OF APPEARANCE OF REECE TREVOR AS COUNSEL FOR PLAINTIFF** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

   **PLEASE TAKE NOTICE** that Plaintiff Google LLC ("Google") files this Notice of Appearance and hereby notifies the Court and all parties that Reece Trevor of the law firm Cooley LLP, 3 Embarcadero Center, 20th Floor, Francisco, CA 94111, hereby enters his appearance as counsel of record for Google in the above-referenced matter.

All pleadings, discovery, correspondence, and other materials should be served upon counsel at:

Reece Trevor (rtrevor@cooley.com)
Cooley LLP
3 Embarcadero Center,
20th Floor
San Francisco, CA 94111
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

Dated: June 16, 2023

Respectfully submitted,

By: */s/ Reece Trevor*
    Reece Trevor (316685)

WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
REECE TREVOR (316685)
rtrevor@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

REBECCA GIVNER-FORBES *(pro hac vice forthcoming)*
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:   (202) 842 7899

Attorneys for Plaintiff
GOOGLE LLC

286489613