| | |
|---|---|
| 1 | COOLEY LLP |
| | WHITTY SOMVICHIAN (194463) |
| 2 | wsomvichian@cooley.com |
| | REECE TREVOR (316685) |
| 3 | rtrevor@cooley.com |
| | 3 Embarcadero Center, 20th Floor |
| 4 | San Francisco, CA 94111-4004 |
| | Telephone:   (415) 693-2000 |
| 5 | Facsimile:    (415) 693-2222 |
| 6 | REBECCA GIVNER-FORBES *(Appearing pro hac vice)* |
| | rgf@cooley.com |
| 7 | 1299 Pennsylvania Avenue, NW, Suite 700 |
| | Washington, DC 20004-2400 |
| 8 | Telephone:   (202) 842-7800 |
| | Facsimile:    (202) 842 7899 |
| 9 | |
| 10 | Attorneys for Plaintiff |
| | GOOGLE LLC |
| 11 | THE MORALES LAW FIRM |
| | DAVID P. MORALES (191229) |
| 12 | morales@alum.mit.edu |
| | 99 S. Almaden Blvd., Suite 600 |
| 13 | San Jose, CA 95113 |
| | Telephone:   (888) 836-0880 |
| 14 | |
| 15 | Attorneys for Defendants |
| | ETHAN QIQI HU, GMBEYE, |
| 16 | and RAFADIGITAL LLC |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company, | Case No.  3:23-cv-02964-JD |
| Plaintiff, | **STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ETHAN QIQI HU, an individual; GMBEYE; RAFADIGITAL LLC, a Mississippi limited liability company; and DOES 1–20, | Civ. L.R. 6-1(a) |
| Defendants. | |

Pursuant to Civil Local Rule 6-1(a), Plaintiff Google LLC and Defendants Ethan Qiqi Hu, GMBEYE, and Rafadigital LLC, by and through their respective counsel, hereby stipulate as follows:

WHEREAS, on June 16, 2023, Plaintiff Google LLC filed a complaint against Defendants Ethan Qiqi Hu, GMBEYE, and Rafadigital LLC (the "Complaint," ECF No. 1) in the U.S. District Court for the Northern District of California;

WHEREAS, on July 6, 2023, Plaintiff served the Complaint on Defendants;

WHEREAS, the parties have agreed to extend the last day by which Defendants may answer or otherwise respond to the Complaint to September 5, 2023; and

WHEREAS, the extension of Defendants' time to respond to the Complaint will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, to extend the last day by which Defendants may answer, move, or otherwise respond to the Complaint to September 5, 2023.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2.

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(3:23-CV-02964-JD)

| | | |
|---|---|---|
| 1 | Dated:  August 1, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | By: */s/ Whitty Somvichian* |
| 4 | | Whitty Somvichian |
| 5 | | COOLEY LLP |
| 6 | | WHITTY SOMVICHIAN (194463)<br>wsomvichian@cooley.com |
| 7 | | REECE TREVOR (316685)<br>rtrevor@cooley.com |
| 8 | | 3 Embarcadero Center, 20th Floor<br>San Francisco, CA 94111-4004<br>Telephone:   (415) 693-2000 |
| 9 | | Facsimile:    (415) 693-2222 |
| 10 | | REBECCA GIVNER-FORBES *(Appearing pro hac vice)*<br>rgf@cooley.com |
| 11 | | 1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, DC 20004-2400 |
| 12 | | Telephone:   (202) 842-7800<br>Facsimile:    (202) 842 7899 |
| 13 | | |
| 14 | | Attorneys for Plaintiff<br>GOOGLE LLC |
| 15 | | |
| 16 | Dated:  August 1, 2023 | Respectfully submitted, |
| 17 | | |
| 18 | | By: */s/ David P. Morales*<br>David P. Morales |
| 19 | | |
| 20 | | THE MORALES LAW FIRM<br>DAVID P. MORALES (191229) |
| 21 | | morales@alum.mit.edu<br>99 S. Almaden Blvd., Suite 600 |
| 22 | | San Jose, CA 95113<br>Telephone:   (888) 836-0880 |
| 23 | | |
| 24 | | Attorneys for Defendants<br>ETHAN QIQI HU, GMBEYE, and RAFADIGITAL LLC |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Cooley LLP
Attorneys At Law
San Francisco

3.

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(3:23-CV-02964-JD)

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: August 1, 2023

By: */s/ Whitty Somvichian*
Whitty Somvichian

288703182

Cooley LLP
Attorneys At Law
San Francisco

4.

STIPULATION EXTENDING TIME
TO RESPOND TO COMPLAINT
(3:23-CV-02964-JD)

# PROOF OF SERVICE

I am a citizen of the United States and a resident of the State of California. I am employed in San Francisco County, State of California, in the office of a member of the bar of this Court, at whose direction the service was made. I am over the age of eighteen years, and not a party to the within action. My business address is Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, California 94111-4004. On August 1, 2023 I served the documents described below in the manner described below:

**STIPULATION EXTENDING DEFENDANTS' TIME TO RESPOND TO COMPLAINT**

[X] **(BY U.S. MAIL)** I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for mailing with the United States Postal Service, and I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Postal Service at San Francisco, California.

[ ] **(BY MESSENGER SERVICE)** by consigning the document(s) to an authorized courier and/or process server for hand delivery on this date.

[ ] **(BY FACSIMILE)** I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of document(s) to be transmitted by facsimile and I caused such document(s) on this date to be transmitted by facsimile to the offices of addressee(s) at the numbers listed below.

[ ] **(BY OVERNIGHT MAIL)** I am personally and readily familiar with the business practice of Cooley LLP for collection and processing of correspondence for overnight delivery, and I caused such document(s) described herein to be deposited for delivery to a facility regularly maintained by for overnight delivery.

[ ] **(BY ELECTRONIC MAIL)** I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

David P. Morales
The Morales Law Firm
99 S. Almaden Blvd., Suite 600
San Jose, California 95113
Phone:    (888) 836-0880
Email:    morales@alum.mit.edu

Attorneys for Defendants
Ethan Qiqi Hu, GMBEYE, and
RAFADIGITAL LLC

Executed on August 1, 2023, at San Francisco, California.

_____
Maita Narvaez

289431573