COOLEY LLP
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
REECE TREVOR (316685)
rtrevor@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:   (415) 693-2222

REBECCA GIVNER-FORBES *(Appearing pro hac vice)*
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:   (202) 842 7899

Attorneys for Plaintiff
GOOGLE LLC

THE MORALES LAW FIRM
DAVID MORALES (191229)
morales@alum.mit.edu
99 S. Almaden Blvd., Suite 600
San Jose, CA 95113
Telephone: (888) 836-0880

Attorneys for Defendants
ETHAN QIQI HU, GMBEYE,
and RAFADIGITAL LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ETHAN QIQI HU, an individual; GMBEYE; RAFADIGITAL LLC, a Mississippi limited liability company; and DOES 1–20,<br><br>　　　　　　Defendants. | Case No.  3:23-cv-02964-JD<br><br>**JOINT STATEMENT ON THE STATUS OF SETTLEMENT** |

| | |
|---|---|
| 1 | Plaintiff Google LLC ("Google") and Defendants Ethan Qiqi Hu, GMBEye, and Rafadigital |
| 2 | LLC (with Google, the "Parties") submit this Joint Statement on the Status of Settlement ("Joint |
| 3 | Statement") pursuant to the Court's December 21, 2023 Minute Order. (ECF No. 29.) The Parties |
| 4 | continue to be engaged in diligent and productive settlement discussions, and they have exchanged |
| 5 | drafts of a comprehensive settlement agreement. The Parties anticipate finalizing that written |
| 6 | agreement as expeditiously as possible. |

Dated: January 16, 2024

Respectfully submitted,

By: */s/  Whitty Somvichian*
        Whitty Somvichian

COOLEY LLP
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
REECE TREVOR (316685)
rtrevor@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:  (415) 693-2000
Facsimile:   (415) 693-2222

REBECCA GIVNER-FORBES *(Appearing pro hac vice)*
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:  (202) 842-7800
Facsimile:   (202) 842 7899

Attorneys for Plaintiff
GOOGLE LLC

Dated: January 16, 2024

Respectfully submitted,

By: */s/  David Morales*
        David Morales

THE MORALES LAW FIRM
DAVID MORALES (191229)
morales@alum.mit.edu
99 S. Almaden Blvd., Suite 600
San Jose, CA 95113
Telephone: (888) 836-0880

Attorneys for Defendants
ETHAN QIQI HU, GMBEYE, and RAFADIGITAL LLC

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated:  January 16, 2024

By: _____/s/  Whitty Somvichian_____
　　　　　Whitty Somvichian

296738259