COOLEY LLP
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
REECE TREVOR (316685)
rtrevor@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

REBECCA GIVNER-FORBES *(Appearing pro hac vice)*
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842 7899

Attorneys for Plaintiff
GOOGLE LLC

THE MORALES LAW FIRM
DAVID MORALES (191229)
morales@alum.mit.edu
99 S. Almaden Blvd., Suite 600
San Jose, CA 95113
Telephone: (888) 836-0880

Attorneys for Defendants
ETHAN QIQI HU, GMBEYE,
and RAFADIGITAL LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ETHAN QIQI HU, an individual; GMBEYE; RAFADIGITAL LLC, a Mississippi limited liability company; and DOES 1–20,<br><br>　　　　　　　Defendants. | Case No.  3:23-cv-02964-JD<br><br>**JOINT STIPULATION FOR ENTRY OF STIPULATED PERMANENT INJUNCTION** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

JOINT STIPULATION FOR ENTRY OF
STIPULATED PERMANENT INJUNCTION
(CASE NO. 3:23-CV-02964-JD)

Plaintiff Google LLC ("Google") and Defendants Ethan Qiqi Hu, GMBEye, and Rafadigital LLC, (collectively, "Defendants") have reached a settlement of this action and hereby stipulate to entry of the Stipulated Permanent Injunction attached hereto, which the parties agree is a fair and reasonable settlement of their dispute. Google and Defendants (collectively, the "Parties") stipulate and respectfully request as follows:

1. That the Court enter the Stipulated Permanent Injunction attached hereto[1];

2. That Google's claims against Defendants for breach of contract, violation of Cal. Bus. & Prof. Code § 17200 *et seq.*, and false advertising under 15 U.S.C. § 1125 be dismissed with prejudice upon the entry of the Stipulated Permanent Injunction;

3. That this Court retain jurisdiction over the Parties and over this case following the entry of the Stipulated Permanent Injunction to enforce the terms of the Stipulated Permanent Injunction and the settlement agreement between the Parties; and

4. That the Parties waive all rights to an appeal from the Stipulated Permanent Injunction; however, the Parties preserve their respective rights to appeal any further action arising out of the Stipulated Permanent Injunction.

---

[1] The parties are mindful of the Court's February 6, 2024 order, in which it instructed them not to ask the Court for an order confirming dismissal of this action based on their settlement agreement under FRCP 41(a)(1). ECF No. 34. The parties do not ask the Court to enter an order pursuant FRCP 41(a)(1) and only ask the Court to enter the Stipulated Permanent Injunction attached hereto, to which the parties agreed as a material term of their settlement. Should the Court prefer, the parties are prepared to file a stipulation of dismissal following entry of the Stipulated Permanent Injunction other terms.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIPULATION FOR ENTRY OF
STIPULATED PERMANENT INJUNCTION
(CASE NO. 3:23-CV-02964-JD)

Dated: March 7, 2024

                    Respectfully submitted,

                    By: */s/   Whitty Somvichian*
                            Whitty Somvichian

COOLEY LLP
WHITTY SOMVICHIAN (194463)
wsomvichian@cooley.com
REECE TREVOR (316685)
rtrevor@cooley.com
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
Telephone:   (415) 693-2000
Facsimile:    (415) 693-2222

REBECCA GIVNER-FORBES *(Appearing pro hac vice)*
rgf@cooley.com
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004-2400
Telephone:   (202) 842-7800
Facsimile:    (202) 842 7899

Attorneys for Plaintiff
GOOGLE LLC

Dated: March 7, 2024

                    Respectfully submitted,

                    By: */s/   David Morales*
                            David Morales

THE MORALES LAW FIRM
DAVID MORALES (191229)
morales@alum.mit.edu
99 S. Almaden Blvd., Suite 600
San Jose, CA 95113
Telephone: (888) 836-0880

Attorneys for Defendants
ETHAN QIQI HU, GMBEYE, and RAFADIGITAL LLC

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIPULATION FOR ENTRY OF
STIPULATED PERMANENT INJUNCTION
(CASE NO. 3:23-CV-02964-JD)

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to Civ. L.R. 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: March 7, 2024

By:     */s/  Whitty Somvichian*
        Whitty Somvichian

298742631