1  COOLEY LLP
   WHITTY SOMVICHIAN (194463)
2  wsomvichian@cooley.com
   REECE TREVOR (316685)
3  rtrevor@cooley.com
   3 Embarcadero Center, 20th Floor
4  San Francisco, CA 94111-4004
   Telephone:   (415) 693-2000
5  Facsimile:   (415) 693-2222

6  REBECCA GIVNER-FORBES *(Appearing pro hac vice)*
   rgf@cooley.com
7  1299 Pennsylvania Avenue, NW, Suite 700
   Washington, DC 20004-2400
8  Telephone:   (202) 842-7800
   Facsimile:   (202) 842 7899
9
   Attorneys for Plaintiff
10 GOOGLE LLC

11 THE MORALES LAW FIRM
   DAVID MORALES (191229)
12 morales@alum.mit.edu
   99 S. Almaden Blvd., Suite 600
13 San Jose, CA 95113
   Telephone: (888) 836-0880
14
   Attorneys for Defendants
15 ETHAN QIQI HU, GMBEYE,
   and RAFADIGITAL LLC
16

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GOOGLE LLC, a Delaware limited liability company, | Case No. 3:23-cv-02964-JD |
| Plaintiff, | **[PROPOSED] STIPULATED PERMANENT INJUNCTION** |
| v. | |
| ETHAN QIQI HU, an individual; GMBEYE; RAFADIGITAL LLC, a Mississippi limited liability company; and DOES 1–20, | |
| Defendants. | |

This Court, pursuant to the Joint Motion for Entry of Stipulated Permanent Injunction between Plaintiff Google LLC ("Google") and Defendants Ethan Qiqi Hu, GMBEye, and Rafadigital LLC ("Rafadigital") (collectively, "Defendants," and together with Google, "Parties"), and upon consent of the Parties, hereby ORDERS, ADJUDGES, and DECREES as follows:

1. This Stipulated Permanent Injunction is the result of a compromise settlement of the dispute between the Parties in order to resolve this litigation, and does not constitute any direct or implied admission of any wrongdoing or illegal conduct of any kind by Defendants.

2. With regard to Google Business Profiles, Google Maps, or any other Google business listing service, Defendants are hereby permanently enjoined from offering any services relating to these services, or using these services for any commercial purpose, including but not limited to listing verification, lead generation, and sales of reviews or any other posting or procurement of reviews for payment. Notwithstanding the foregoing, it shall not be a violation of this order for Mr. Hu to use Google Business Profiles, Google Maps, or any other Google business listing service to list any business he owns or operates or to use Google's advertising services for any such businesses and for any search engine optimization ("SEO") customers, subject to Google's policies and terms applicable to these products.

3. Defendants are hereby permanently enjoined from making any express or implied statements that they can procure a particular placement or position in Google Search, including without limitation, "top" or "#1" in placement or ranking in Google Search.

4. Defendants are permanently enjoined from effecting assignments or transfers, forming new entities or associations, associating with any other person or entity, or utilizing any other device for the purpose of circumventing or otherwise avoiding any of the obligations or prohibitions set forth in this Order.

5. The U.S. District Court for the Northern District of California will retain jurisdiction over the Parties and over this case following the entry of this Stipulated Permanent Injunction to enforce the terms of the Stipulated Permanent Injunction and the settlement agreement between the Parties.

6. Pursuant to the Parties' stipulated request and settlement agreement, Google's claims in the complaint (ECF No. 1) against Defendants for breach of contract, violation of Cal. Bus. & Prof. Code § 17200 *et seq.*, and false advertising under 15 U.S.C. § 1125 are dismissed with prejudice.

7. The Court finds there is no just reason to delay in entering this Stipulated Permanent Injunction and directs immediate entry of this Stipulated Permanent Injunction.

8. This Court has jurisdiction over the subject matter of this action under 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1367. This Court has personal jurisdiction over the Parties hereto. Venue is also proper in this district under 28 U.S.C. § 1391(b)(2).

9. Pursuant to the Parties' agreement, no appeals shall be taken from this Stipulated Permanent Injunction; however, the Parties preserve their respective rights to appeal any further action arising out of this Stipulated Permanent Injunction.

10. Each Party shall bear its own attorneys' fees and costs incurred in this matter.

IT IS SO ORDERED, ADJUDICATED, and DECREED this 10th day of April, 2024.

_____
Hon. James Donato
United States District Judge

298743755